IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TECHTRONICS, INC.                                                                                    PLAINTIFF

v.                                                                              CIVIL ACTION NO. 3:06cv538TSL-JCS

CWORK SOLUTIONS, LLC                                                                         DEFENDANT

AGREED FINAL JUDGMENT
OF DISMISSAL WITH PREJUDICE

CAME BEFORE THE COURT, the joint *ore tenus* motion of all the parties to this action, for entry of this agreed final judgment of dismissal with prejudice.  The parties have represented to the court that they have compromised and settled all claims in this suit to their respective satisfaction.  Accordingly, this Court FINDS that the motion for entry of a judgment of dismissal with prejudice is well-taken and should be granted.

WHEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT:

(1)    All of the parties' claims and counterclaims which were asserted, or which could have been asserted, in this action are dismissed with prejudice;

(2)    This Court maintains jurisdiction over this matter for the sole purpose of enforcing the settlement agreement between the parties, which is hereby incorporated by reference; and

(3)    Each party shall bear its own costs, expenses and attorneys' fees.

SO ORDERED, this the 7th day of December, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

AGREED TO BY:

/s Benjamin M. Watson
BENJAMIN M. WATSON (MB No. 100078)
COUNSEL FOR CWORK SOLUTIONS, LLC

/s C. Victor Welsh, III
C. VICTOR WELSH, III (MB No. 7107)
COUNSEL FOR TECHTRONICS, INC.

Jackson 1760639v.1